**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

HSBC Mortgage Services Inc., Respondent,

v.

Alice Lucas a/k/a Alice Marie Felder-Lucas; Dwight Lucas; Mortgage Electronic Registration Systems, Inc. (MIN #100176105012597608); Mortgage Electronic Registration Systems, Inc. (MIN # 1002033-0000024059-5); Windsor Lake Park Homeowners Association, Inc.; Defendants,

Of Whom Alice Lucas and Dwight Lucas are the Appellants.

Appellate Case No. 2014-000747

Appeal From Richland County
Joseph M. Strickland, Master-in-Equity

Unpublished Opinion No. 2016-UP-262
Submitted February 1, 2016 – Filed June 8, 2016

**AFFIRMED**

Dwight Lucas and Alice Lucas, both of Columbia, pro se.

Rebecca Kinlein Lindahl and Richard L Farley, both of Katten Muchin Rosenman, LLP, of Charlotte, North Carolina, for Respondent.

---

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:  *Bryson v. Bryson*, 378 S.C. 502, 510, 662 S.E.2d 611, 615 (Ct. App. 2008) ("An issue is deemed abandoned and will not be considered on appeal if the argument is raised in a brief but not supported by authority."); *In re McCracken*, 346 S.C. 87, 92, 551 S.E.2d 235, 238 (2001) ("A bald assertion, without supporting argument, does not preserve an issue for appeal."); *B & A Dev., Inc. v. Georgetown Cty.*, 372 S.C. 261, 271, 641 S.E.2d 888, 894 (2007) ("It is well settled that an issue . . . must have been raised to and ruled upon by the trial court to be preserved for appellate review.").

**AFFIRMED.**[1]

**HUFF, A.C.J., and KONDUROS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.